IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD L. CAMPBELL, )<br>)<br>Defendant. ) | Case No.  4:98CR3113 |

## ORDER

THIS MATTER comes before the Court on defendant's Motion To Review Detention. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, Mr. Campbell shall be released from Marshal's custody forthwith.  He is, thereafter, to reside at The Whitney House, located at 1005 "G" Street, Lincoln, NE.  Mr. Campbell is further ordered to comply with all rules and policies of The Whitney House and, upon discharge from said program, to report immediately to the United States Marshals office, fifth floor, 100 Centennial Mall North, Lincoln, NE, 68508.  All conditions of Mr. Campbell's supervised release shall remain in full force and effect while he is residing at The Whitney House.

IT IS FURTHER ORDERED that Mr. Campbell is prohibited from returning to his mother's house, located in Lincoln, NE, for any reason whatsoever.

DATED this 21st day of June, 2006.

BY THE COURT:
*s/ Richard G. Kopf*
United States District Judge