IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RICHARD L. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that Defendant Campbell's revocation hearing is continued to Thursday, July 13, 2006, at 2:00 p.m., before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

July 11, 2006.                                           BY THE COURT:

                                                                         s/ *Richard G. Kopf*
                                                                         United States District Judge