IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RICHARD L. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that Defendant Campbell's revocation hearing is scheduled before the undersigned United States district judge on Monday, December 4, 2006, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

     November 27, 2006.       BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge